

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ROY FORD, | § | No. 08-22-00139-CR |
| Appellant, | § | Appeal from the |
| v. | § | 33rd District Court |
| THE STATE OF TEXAS, | § | of Burnet County, Texas |
| State. | § | (TC# 49738) |

**O R D E R**

On January 5, 2023, Daniel Mehler, Appellant's retained attorney, filed a motion to withdraw as counsel.  However, before the Court considers the motion it will be necessary for the trial court to conduct a hearing.

Therefore, it is ORDERED that the trial court conduct a hearing to determine if the appellant has retained new counsel or is entitled to court-appointed counsel.  The trial court shall forward its order and/or findings to the District Clerk of Burnet County on or before January 25, 2023.  The District Clerk shall prepare a supplemental clerk's record containing the trial court's order and/or findings on or before February 4, 2023.  Further, the transcription of the hearing shall be prepared, certified and filed with this Court on or before February 4, 2023.  Therefore, this is appeal is abated until February 10, 2023.

IT IS SO ORDERED this 5th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.